O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST C. WOODS,<br><br>   Petitioner,<br> v.<br><br>JOHN MARSHALL, Warden,<br><br>   Respondent. | Case No. CV 09-7300-JAK (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Amended Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Amended Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Amended Report and Recommendation; 2) denying Respondent's Motion to Dismiss
3  the Petition as moot; and (3) directing that Judgment be entered denying the Petition
4  and dismissing this action with prejudice.

6  DATED: November 29, 2011

HONORABLE JOHN A. KRONSTADT
7  United States District Judge

9  Prepared by:

HONORABLE OSWALD PARADA
13  United States Magistrate Judge