O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST C. WOODS, ) | Case No. CV 09-7300-JAK (OP) |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. ) | |
| ) | |
| JOHN MARSHALL, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Amended Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a <u>de novo</u> review of those portions of the Amended Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this Amended Report and Recommendation; 2) denying Respondent's Motion to Dismiss the Petition as moot; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: November 29, 2011

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge